IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN H. RICHARDSON, et al., | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. 3:13-CV-2578-O |
| | § |
| OCWEN LOAN SERVICING, LLC, | § |
| | § |
| Defendant. | § |

### ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Because Plaintiffs have timely filed an amended complaint as allowed by the recommendation, Defendant's Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 5) is **DENIED as moot**. This action will now proceed on the amended complaint.

**SO ORDERED** on this **11th day** of **March, 2014.**

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE